IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
CIVIL ACTION NO.: 6:17-cv-00030-JRH-GRS

DANIELS CHEVROLET BUICK GMC, )
INC. D/B/A DANIELS CHEVROLET, )
    Plaintiff, )
                                )
v.                             )
                                )
CAPITAL ONE BANK (USA), N.A. )
    Defendant. )

## CONSENT ORDER ON MOTION TO SUBSTITUE DEFENDANT

This matter came before the Court upon the Motion of Daniels Chevrolet Buick GMC, Inc. D/B/A Daniels Chevrolet, Plaintiff herein, seeking an Order substituting Capital One Bank (USA), N.A., as Defendant in the place and stead of the initially named Defendant, Capital One Services, LLC. Upon the consent of the parties and for good cause shown, such Motion to Substitute is hereby Ordered GRANTED.

Capital One Bank (USA), N.A. is hereby Ordered substituted as Defendant in the above action in the place and stead of Capital One Services, LLC and Capital One Services, LLC shall be removed from the instant action. Upon the consent of Capital One Bank (USA), N.A., Capital One Bank (USA), N.A. hereby acknowledges service of summons and Complaint in the instant action and waives all defenses of same and further consents that all actions, pleadings, reports, previously filed by Capital One Services, LLC are hereby adopted by Capital One Bank (USA), N.A. in the instant action.

SO ORDERED this 28TH day of March, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

| Prepared By: | Consented to By: |
|---|---|
| /s/ James C. Overstreet, Jr. | /s/ Alan D. Leeth |
| James C. Overstreet, Jr. | Alan D. Leeth |
| Georgia Bar No. 556005 | Georgia Bar No. 472031 |
| Attorney for Plaintiff | Attorney for Capital One Services, |
| KLOSINSKI OVERSTREET, LLP | LLC and Capital One Bank, N.A. |
| 1229 Augusta West Parkway | BURR & FORMAN, LLP |
| Augusta, Georgia 30909 | 171 17th Street, NW, Suite 1100 |
| 706-863-2255 | Atlanta, Georgia 30363 |
| | 404-815-3000 |